# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BUDICAK, INC.<br><br>   Plaintiff,<br><br>v.<br><br>LANSING TRADE GROUP, LLC, et al.<br><br><br>   Defendants. | Case No:<br>6:19-cv-02449-JAR-ADM |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

  Pursuant to D. Kan. Rule 83.5.4, I move that Nicole A. Allen be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

  I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorneys or any one of them. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

  Pursuant to D. Kan. Rule 83.5.4 (a), Nicole A. Allen is filing herewith an affidavit on the form prescribed by the clerk for admission pro hac vice. I have also verified that the information contained in the affidavit is true and accurate. I have attached a proposed order granting this motion. I have also attached hereto a Pro Hac Vice Electronic Filing Registration Form for Nicole A. Allen.

Date: August 14, 2019                                   Respectfully submitted,

                                                        GERMAN MAY PC

                                                        By: */s/ Kirk T. May*
                                                        Kirk T. May    KS #22356
                                                        German May PC
                                                        1201 Walnut, Suite 2000
                                                        Kansas City, Missouri 64106
                                                        (816) 471-7700
                                                        (816) 471-2221 fax
                                                        Kirkm@germanmay.com

                                                        *Attorney for Defendant*
                                                        *Lansing Trade Group, LLC*

## CERTIFICATE OF SERVICE

This is to certify that one the 14th day of August, 2019, a true and correct copy of the above and foregoing document was filed via the Court's electronic filing system which transmitted a copy to all parties of record.


                                                        By: */s/ Kirk T. May*
                                                            Kirk T. May