# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BUDICAK, INC., BLUE MARLIN ARBITRAGE, LLC, and PRIME TRADING, LLC, individually and on behalf of other similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:19-cv-02449-JAR-ADM |
| v. | ) ) ) | Judge Julie A. Robinson<br>Magistrate Judge Angel D. Mitchell |
| LANSING TRADE GROUP, LLC, CASCADE COMMODITY CONSULTING, LLC and JOHN DOES NOS. 6-10, | ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4, I move that Brian P. O'Connell be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion.

*/s/Gary D. McCallister*
Gary D. McCallister (KS#08928)
McCALLISTER LAW GROUP, LLC
120 N. LaSalle Street, Suite 2800
Chicago, IL 60602
(312) 345-0611 – Telephone
(312) 345-0612 – Facsimile
gdm@mccallisterlawgroup.com